# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | |
|---|---|
| CHERYL MACMILLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SECURITY BENEFIT LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | CIVIL ACTION NO. |
| ) | 1:15-cv-00040-TRM-SKL |
| ) | |
| SECURITY BENEFIT LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Interpleader Plaintiff, ) | |
| ) | |
| CHERYL MACMILLAN, THE ESTATE OF ) | |
| PATRICIA SADLER ) | |
| ) | |
| Claimants. ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff/Counterclaim Defendant Cheryl MacMillan ("Plaintiff") and Defendant/Counterclaim Plaintiff Security Benefit Life Insurance Company ("Defendant") and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of all claims of all parties in the above-styled case. Each party agrees to bear its own costs, attorneys' fees, and expenses.

Dated this 15th day of February, 2016.

1/3916353.1

Case 1:15-cv-00040-TRM-SKL   Document 21   Filed 02/15/16   Page 1 of 2   PageID #: 147

*s/Heather H. Wright*
Heather Howell Wright
Bradley Arant Boult Cummings LLP
Roundabout Plaza
1600 Division Street
Suite 700
Nashville, TN 37203
Phone: (615) 252-2342
Fax: (615) 252-6342
Email: hwright@babc.com

*Attorney for Security Benefit Life Insurance Company*

*s/Robert G. Norred, Jr.*
*(signed with consent of Robert G. Norred, Jr.)*
Robert G. Norred, Jr., Esq.
Logan-Thompson, P.C.
30 Second Street, Northwest
P.O. Box 191
Cleveland, Tennessee 37364-0191
Phone: (423) 476-2251
rnorred@loganthompsonlaw.com

*Attorney for Plaintiff*